**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **WESLEY MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:17-cv-01439** |
| ) | **Judge Aleta A. Trauger** |
| **NANCY BERRYHILL, ACTING** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

Plaintiff Wesley Miller brings this action under 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration, denying his application for disability insurance benefits under Title II of the Social Security Act. Now before the court are the plaintiff's Objections to the Report and Recommendation ("R&R") issued by the magistrate judge on November 8, 2018, recommending that the Commissioner's decision be affirmed and that the plaintiff's Motion for Judgment on the Pleadings and Administrative Record be denied.

For the reasons set forth in the accompanying Memorandum, the court **REJECTS** the R&R (Doc. No. 22), **GRANTS** the plaintiff's Motion for Judgment (Doc. No. 17), and **REMANDS** the matter to the Commissioner for further consideration, pursuant to sentence four of 42 U.S.C. § 405(g).

It is so **ORDERED**.

The Clerk shall enter judgment in accordance with Fe. R. Civ. P. 58(b).


_____
ALETA A. TRAUGER
United States District Judge